No. 1004. Meyer, Executrix, *v.* Commissioner of Internal Revenue. June 3, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Henry M. Stevenson* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Carlton Fox* for respondent.

No. 1006. Pandolfi et al. *v.* United States. June 3, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Nicholas T. Rogers* and *Jesse Climenko* for petitioners. *Solicitor General Biddle, Assistant Attorney General Rogge,* and *Messrs. William W. Barron, Fred E. Strine, George F. Kneip,* and *W. Marvin Smith* for the United States.

No. 1008. Brown Paper Mill Co., Inc. *v.* National Labor Relations Board. June 3, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. W. A. Bolinger* and *L. J. Benckenstein* for petitioner. *Solicitor General Biddle* and *Messrs. Thomas E. Harris, Charles Fahy, Robert B. Watts, Laurence A. Knapp,* and *Mortimer B. Wolf* for respondent.

No. 1022. Coupe et al. *v.* United States. June 3, 1940. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. Oliver Wendell Holmes Hughes* and *Fred W. McConnell* for petitioners. *Solicitor General Biddle, Assistant Attorney General Rogge,* and *Messrs. George F. Kneip* and